IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAGNET SOLUTIONS, INC., a Wyoming Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>BARTHOLOMEW COUNTY PUBLIC HOSPITAL, and COLUMBUS REGIONAL HOSPITAL,<br><br>Defendants. | 4:23CV3253<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court held a status conference with the parties on September 23, 2025 to discuss case progression. It now grants, for good cause shown, the parties' Joint Motion for Extension of Final Progression Order Deadlines. Filing No. 35.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The interim status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for November 4, 2025 is continued and will be held with the undersigned magistrate judge on **February 10, 2026** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline to file any motion to strike a party's jury demand is March 31, 2026.

3) The deadline for completing written discovery under Rules 33, 34, 36 and

1

45 of the Federal Rules of Civil Procedure is January 15, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by January 29, 2026.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | March 16, 2026. |
| For the defendant(s): | April 14, 2026. |
| Plaintiff(s)' rebuttal: | April 28, 2026. |

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 28, 2026.

6) The deadline for filing motions to dismiss and motions for summary judgment is June 29, 2026.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 29, 2026.

8) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) All other deadlines and provisions in the Court's prior final progression order, Filing No. 30, not amended herein remain unchanged.

10) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause.**

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

Dated this 23rd day of September, 2025.

                BY THE COURT:

                *s/ Jacqueline M. DeLuca*

                United States Magistrate Judge