IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAGNET SOLUTIONS, INC. a Wyoming Corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>BARTHOLOMEW COUNTY PUBLIC HOSPITAL, doing business as Columbus Regional Hospital; and COLUMBUS REGIONAL HOSPITAL,<br><br>Defendants and Counterclaimants. | 4:23-CV-3253<br><br>JUDGMENT |

On the parties' joint stipulation for dismissal (filing 45), this case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 23rd day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge